# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROMAN CATHOLIC BISHOP OF SPRINGFIELD,<br>    Plaintiff(s)<br><br>    v.<br><br>CITY OF SPRINGFIELD, ET AL.,<br>    Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 3:10-cv-30033 -MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**JUDGMENT** entered for the defendants City of Springfield, et al., against the plaintiff Roman Catholic Bishop of Springfield, pursuant to the court's memorandum and order entered this date, granting the defendant's cross motion for summary judgment.

　　　　　　　　　　　　　　　　　　　　　　**SARAH A. THORNTON**,
　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: January 4, 2011　　　　　　　　　　By /s/ Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)　　　　　　　　　　　　　　　　　　　　　[jgm.]