UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


ROMAN CATHOLIC BISHOP OF         )
SPRINGFIELD,                     )
      Plaintiff            )
                                 )
            v.       )   C.A. No. 10-cv-30033-MAP
                                 )
CITY OF SPRINGFIELD, ET AL.,     )
      Defendants            )


MEMORANDUM AND ORDER ON REMAND
FROM THE COURT OF APPEALS
FOR THE FIRST CIRCUIT

August 26, 2013

PONSOR, U.S.D.J.

     Based on the judgment entered by the United States Court of Appeals for the First Circuit on July 22, 2013, the court hereby orders as follows:

    1.  The grant of summary judgment in favor of Defendant City of Springfield on Counts 3 and 4 of the Complaint is hereby VACATED.  These counts are hereby DISMISSED, without prejudice.

    2.  The grant of summary judgment on Counts 1, 2, 8, and 9, to the extent that these counts allege a challenge to the potential future effects of the application process under the Ordinance, is hereby VACATED.  These counts, to the extent indicated, are hereby DISMISSED, without prejudice.

    3.  The grant of summary judgment on Counts, 1, 2, 8, and 9, in all other respects will stand.
It is So Ordered.

                /s/ Michael A. Ponsor
               MICHAEL A. PONSOR
               U. S. District Judge